UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PHOENIX AVIATION MANAGERS, INC.,

      Plaintiff,

vs.

KNISLEY WELDING, INC.,

      Defendant.
_____/

Civil Action No.
05-CV-498

HON. BERNARD A. FRIEDMAN

## ORDER DENYING DEFENDANT'S MOTION
## TO CONSOLIDATE, STAY, OR DISMISS

Defendant has informed the court that it has withdrawn its "motion to consolidate or, in the alternative, to stay or dismiss the action." Accordingly, this motion is denied as moot.

SO ORDERED.

Dated: January 26, 2006
      Detroit, Michigan

  /s/ Bernard A. Friedman
BERNARD A. FRIEDMAN
CHIEF UNITED STATES DISTRICT JUDGE
SITTING BY SPECIAL DESIGNATION